

# NUMBER 13-14-00695-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SOLEDAD GONZALES,                                                        Appellant,

v.

DEUTSCHE BANK TRUST CO.,                                            Appellee.

### On appeal from the County Court at Law No. 2 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria Memorandum Opinion Per Curiam

Appellant, Soledad Gonzales, filed an appeal from a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-14-3213-B. This cause is before the Court on appellant's motion for voluntary dismissal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
19th day of March, 2015.